IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. H-14-3393 |
| DOES 1-14, | § § § |
| Defendants. | § § |

## ORDER

The Plaintiff moved for entry of an order to reschedule the Initial Pretrial and Scheduling Conference, and for an extension of time for the Plaintiff to serve the Defendants with a Summons and Complaint. (Docket Entry No. 10). The time for the Plaintiff to serve the Defendants with a Summons and Complaint is extended to **June 25, 2015**, and the Initial Pretrial and Scheduling Conference is rescheduled to **September 25, 2015, at 8:30 a.m., in Courtroom 11-B.**

The Plaintiff is to provide notice of this Order to all parties even if it appears the notice was provided by this court.

SIGNED on March 24, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge