IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dallas Buyers Club, LLC, | ) | |
| | ) | |
| | ) | Case No.:  4:14-cv-03393 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1 - 19, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #5, OWNER OF IP ADDRESS 73.32.15.29

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #5, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 73.32.15.29.


DATED:  April 16, 2015

Respectfully submitted,

Dallas Buyers Club, LLC,

By:    s/Daniel R. Kirshbaum, P.C.
       Daniel R. Kirshbaum
       Texas Bar No. 11533000
       4900 Woodway, Suite 600
       Houston, Texas 77056
       (832) 617-5683-ofc
       (713) 208-7709-cell
       (832) 266-0282-fax

       s/ Keith A. Vogt, Esq.
       Takiguchi & Vogt, LLP
       1415 West 22nd Street
       Tower Floor
       Oak Brook, IL 60523
       630-974-5707 (Direct)
       630-423-9558 (Fax)
       keithvogtjd@gmail.com

       Attorneys for Plaintiff